UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

--------------------------------x

TRACY KREUTEL and DONALD KREUTEL,

                  Plaintiff,               STIPULATION OF DISMISSAL

      -against-                     14 CV 3828


ESCALLATE, LLC,

                  Defendants.

--------------------------------x

        WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

        WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

        IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against ESCALLATE, LLC, with prejudice and without costs to any party.


TRACY KREUTEL and DONALD KREUTEL       ESCALLATE, LLC


_____     _____

JOSEPH MAURO, ESQ.              ARTHUR SANDERS. ESQ.

LAW OFFICE OF JOSEPH MAURO, LLC    BARRON & NEWBURGER, P.C.

306 McCall Avenue                30 South Main Street

West Islip, NY  11795           New City, NY  10956

Attorney for plaintiffs          Attorney for defendant